IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In re ) | CIVIL NO. 13-00597 JMS-KSC |
| ) | |
| THE MORTGAGE STORE, INC., ) | U.S. Bankruptcy Court-Hawaii |
| ) | Case No. 10-03454 |
| Debtor. ) | |
| ) | Adversary Proceeding No. 12-90089 |
| _____ ) | |
| ) | |
| DANE S. FIELD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| THE MANO MANAGEMENT ) | |
| TRUST, MANO, LTD., ) | |
| PAULRAJAN MANOHARAN, ) | |
| YALINI MANOHARAN, MANO- ) | |
| MAY, LTD., and Y&M ) | |
| ENTERPRISES, INC., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

ORDER ADOPTING BANKRUPTCY JUDGE'S
REPORT AND RECOMMENDATION TO THE DISTRICT COURT

Recommended Findings of Fact and Conclusions of Law having been filed on August 8, 2013, and served on all parties on August 10, 2013, and no objections having been filed by any party,

///

///

///

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to 28 U.S.C. § 157(c)(1) and Rule 9033(d) of the Federal Rules of Bankruptcy Procedure, the Proposed Findings of Fact and Conclusions of Law are adopted as the opinion and order of this Court.

DATED: Honolulu, Hawaii, November 6, 2013.



　　　　　　　　　　　　　　　 /s/ J. Michael Seabright
　　　　　　　　　　　　　　　J. Michael Seabright
　　　　　　　　　　　　　　　United States District Judge